UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Terves LLC, | ) | CASE NO. 1:19-cv-01462-DAP |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT THOMPSON** |
| Thompson Aluminum Casting Co., | ) | **ALUMINUM CASTING CO.'S** |
| | ) | **MOTION TO DISMISS** |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Innovex Downhole Solutions, Inc. | ) | |
| 4310 North Sam Houston Parkway East | ) | |
| Houston, Texas 77032, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant, Thompson Aluminum Casting Co. ("Thompson"), respectfully moves this Court for an order dismissing the Complaint (Dkt. No. 1) ("Complaint") filed by Plaintiff, Terves LLC ("Terves"), for failure to state a claim. For the reasons set forth more fully in the accompanying memorandum, Terves failed to plead "sufficient factual matter . . . to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S. Ct. 1937, 1949, 173 L. Ed. 2d 868, 884 (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570, 127 S. Ct. 1955, 1973, 167 L. Ed. 2d 929, 949 (2007)). Because Terves' Complaint fails to comply with the requirements imposed by Rule 8 of the Federal Rules of Civil Procedure as interpreted by the United States Supreme Court in *Iqbal* and *Twombly*, Thompson respectfully requests that this Court dismiss Terves' Complaint.

Dated: September 13, 2019                              Respectfully submitted,

| | |
|---|---|
| */s/ John S. Cipolla*_____<br>JOHN S. CIPOLLA (0043614)<br>TRACY SCOTT JOHNSON (0064579)<br>CALFEE, HALTER & GRISWOLD LLP<br>The Calfee Building<br>1405 East Sixth Street<br>Cleveland, Ohio 44114-1607<br>216-622-8808<br>jcipolla@calfee.com<br>216-622-8564<br>tjohnson@calfee.com | */s/ Peter Turner*_____<br>Peter Turner (0028444)<br>Email: *pturner@meyersroman.com*<br>MEYERS, ROMAN, FRIEDBERG & LEWIS<br>28601 Chagrin Boulevard, Suite 600<br>Cleveland, Ohio 44122<br>Phone:  (216) 831-0042<br>Fax:     (216) 831-0542 |

*Attorneys for Defendant Thompson Aluminum Casting Co.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing **DEFENDANT THOMPSON ALUMINUM CASTING CO.'S MOTION TO DISMISS** was filed electronically on this 13th day of September, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                      */s/ John S. Cipolla*
                                      JOHN S. CIPOLLA (0043614)
                                      *One of the Attorneys for*
                                      *Defendant Thompson Aluminum Casting Co.*